**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SEAN P. HEALY, SB #018393
Sean.Healy@lewisbrisbois.com
WILLIAM G. CARAVETTA, III, SB #013491
Bill.Caravetta@lewisbrisbois.com
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051

*Attorneys for Defendants Accredited Surety and Casualty Company, Inc.; Attune Insurance Services, LLC; and North American Risk Services, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA, PHOENIX

| | |
|---|---|
| Hendrix Wholesale Supply, LLC, an Arizona limited liability company,<br><br>          Plaintiff,<br><br>     vs.<br><br>Accredited Surety And Casualty Company, Inc., a Florida corporation; Attune Insurance Services, LLC, a Delaware limited liability company; and North American Risk Services, Inc., a Florida corporation,<br><br>          Defendants. | Case No.<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (Diversity)**<br><br>(Maricopa County Superior Court Cause No. CV2025-030047) |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA:**

Defendants, Accredited Surety And Casualty Company, Inc., Attune Insurance Services, LLC, and North American Risk Services, Inc., (hereinafter "Defendants"), by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, file this Notice of Removal of this action to the United States District Court for the District of Arizona. In addition to removing this matter, Defendants Attune Insurance Services and North American Risk Services, Inc., specifically reserve the right to assert any defenses

163402666.1

available under Rule 12(b) of the Federal rules of Civil Procedure. As grounds for this removal, Defendants state as follows:

On or about August 21, 2025, Plaintiff filed its Complaint against Defendants in the Superior Court of the State of Arizona, in and for the County of Maricopa, under the caption "Hendrix Wholesale Supply, LLC v. Accredited Surety And Casualty Company, Inc., Attune Insurance Services, LLC, and North American Risk Services, Inc.

1. A copy of the initial pleadings are attached hereto as **Exhibit A.** Defendants were served with the Summons and Complaint on September 5, 2025.

2. Defendant Accredited Surety and Casualty Company, Inc. is a foreign property and casualty insurer with its principal place of business in Florida.

3. Defendant Attune Insurance Services, LLC is a foreign property and casualty insurer with its principal place of business in New York.

4. Defendant North American Risk Services, Inc. is a foreign corporation with its principal place of business in Florida.

5. According to the Complaint Plaintiff is domiciled in Arizona.

*6.* Upon information and belief, this Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332 in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between citizens of different states. As such, this action may be removed to this Court pursuant to the provision of 28 U.S.C. § 1441, *et seq.*

7. This Notice of Removal is filed within thirty (30) days after service of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(b).

8. Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa.

9. A Notice of Filing Notice of Removal was filed with the Maricopa County Superior Court and a copy of the same is attached hereto as **Exhibit B.**

163402666.1                         2

10. Nothing in this Notice of Removal should be interpreted as a waiver or relinquishment of any of Defendants' rights to assert any defense or affirmative matter, including, but not limited to the defense of (1) lack of jurisdiction of the person; (2) improper venue: (3) insufficiency of process; (4) insufficiency of service of process; (5) improper joinder of claims and/or parties; (6) failure to state a claim; (7) failure to join indispensable parties, or (8) any other defenses available under Rule 12, F.R.C.P.

WHEREFORE, Defendants pray that the Court will take jurisdiction of this action and issue all necessary orders and process to remove this action from the Superior Court of the State of Arizona, in and for the County of Maricopa to the United States District Court, District of Arizona. Respectfully requests that this action be removed to this Court.

DATED this 2nd day of October, 2025

LEWIS BRISBOIS BISGAARD & SMITH LLP


By:    */s/Sean P. Healy*
      Sean P. Healy
      William G. Caravetta, III
      Attorneys for Defendants Accredited Surety and Casualty Company, Inc.; Attune Insurance Services, LLC; and North Americak Risk Services, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office for filing using the CM/ECF System.

I certify that on this same date, I mailed a copy of this document to:

Michael N. Poli
Lawrence R. Moon
Yuzhuo Li
POLI, MOON & ZANE, PLLC
mpoli@pmzlaw.com
lmoon@pmzlaw.com
yli@pmzlaw.com
docket@pmzlaw.com

By___/s/Marcy McAlister_____

163402666.1

4